CAICEDO GROUP AND SOUTHERN RAINBOW CORP., PLAINTIFFS *v.*
U.S. DEPARTMENT OF COMMERCE, DEFENDANT

Court No. 94–09–00549

(Dated December 8, 1994)

## JUDGMENT AND ORDER

GOLDBERG, *Judge:* Having dismissed *Hilsea Inv. Ltd. v. Ronald Brown, Secretary of Commerce,* 18 CIT 1068, Slip Op. 94–180 (Nov. 22, 1994) for lack of jurisdiction, the Court issued an order to show cause why Court No. 94–09–00549 should not similarly be dismissed for lack of jurisdiction. Plaintiffs having consented to the dismissal of Court No. 94–09–00549 in response to the Court's order; it is hereby

ORDERED, ADJUDGED, and DECREED: that Court No. 94–09–00549 is DISMISSED for lack of jurisdiction. Judgment is hereby entered for defendant.